IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| The Estate of MARJORY D. SHARP, by and through her Personal Representative, JEFFERY SHARP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.  6:12-cv-0605-TC |
| CAROL CALLAHAN, OREGON CASCADES WEST COUNCIL of GOVERNMENTS, SAMARITAN HEALTH SERVICES, INDEPENDENCE HEALTH and REHABILITATION CENTER, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on November 21, 2012, in the above entitled case.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When either party objects to any portion of a magistrate judge's Findings and

1    - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given *de novo* review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed November 21, 2012, in its entirety. Defendants' motions to dismiss (#10, #27, #28) are GRANTED. Plaintiff's *pro bono* counsel's request for termination of appointment (#41) is GRANTED.

This proceeding is dismissed. The clerk of court is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED this ___11___ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE